■ In the Matter of RONALD O'GARRO, Petitioner, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Determination unanimously confirmed and petition dismissed *(see, People ex rel. Vega v Smith,* 66 NY2d 130, 139-140). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Doerr, J. P., Denman, Boomer, Pine and Lawton, JJ.